# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



APR 30 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK

United States of America )
vs. ) Case No. 06-CR-418 LJO
James Lee Horn )

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____James Lee Horn_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Removing the $10,000 unsecured bond signed by Amy Egan; and,

Replacing that with a $10,000 unsecured bond signed by Doug Harrison.

All previously ordered conditions of release not in conflict remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  4-27-07        _____  4-27-07
Signature of Defendant      Date           Pretrial Services Officer    Date
James Lee Horn                              Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                               4/30/07
Signature of Assistant United States Attorney           Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                               4-27-07
Signature of Defense Counsel                            Date
Preciliano Martinez

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  4/30/07
[ ] The above modification of conditions of release is *not* ordered.

_____                               4/30/07
Signature of Judicial Officer                           Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services