PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JAMES HORN

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES HORN,<br><br>　　　　Defendant | CASE NO. 06-cr-00418-LJO<br><br>STIPULATION AND ORDER RESETTING SURRENDER DATE<br><br>DATE:  JULY 8, 2008<br>TIME:   2:00 P.M.<br>JUDGE: LAWRENCE J. O'NEILL |

　　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney Katherine Servatius, Counsel for Plaintiff, United States Probation Officer, Katerina M. Holland, Pre-trial Services Officer, Lydia Serrano, and Attorney Preciliano Martinez, Counsel for Defendant, James Horn, that the Surrender date of July 8, 2008, be vacated and the Surrender date be continued to July 29, 2008 at 2:00 p.m. This continuance is requested due to the fact that the U.S. Marshall's office has notified Ms. Lydia Serrano that they have not yet found a facility for Mr. James Horn.

　　　　The court is advised that counsel have conferred about this request, that they have agreed to the July 29, 2008 date and that all parties have authorized Preciliano Martinez to sign this stipulation on their behalf.
///
///

**IT IS SO STIPULATED**
DATED: July 3, 2008　　　　　　　　　　　　/s/ Preciliano Martinez
　　　　　　　　　　　　　　　　　　　　　　PRECILIANO MARTINEZ
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　James Horn

1

Dated: July 3, 2008                               /s/Katherine Servatius
                                                  KATHERINE SERVATIUS
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

Dated:  July 3, 2008                              /s/Katerina M. Holland          .
                                                  KATERINA M. HOLLAND
                                                  United States Probation Officer

Dated:  July 3, 2008                              /s/Lydia Serrano                .
                                                  LYDIA SERRANO
                                                  Pre-Trial Services Officer

## ORDER

**Good cause exists for the request.**

 **IT IS SO ORDERED.**

**Dated:   July 7, 2008                         /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE**