PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant
JAMES HORN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO. 06-cr-00418-LJO |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER RESETTING |
| vs. ) | SURRENDER DATE |
| ) | |
| JAMES HORN, ) | Date : July 29, 2008 |
| ) | Time : 2:00 p.m. |
| Defendant. ) | Judge : Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Katherine Servatius, Counsel for Plaintiff, United States Probation Officer, Katerina M. Holland, Pre-Trial Services Officer, Lydia Serrano, and Attorney Preciliano Martinez, Counsel for Defendant James Horn, that the Surrender date of July 29, 2008 be vacated and the Surrender date be continued to August 12, 2008 at 2:00 p.m.  This continuance is requested due to the fact that the U.S. Marshall's office has notified all parties that they have not yet been able to designate a facility for Mr. James Horn.

///

///

///

///

The Court is advised that counsel have conferred about this request, that they have agreed to the August 12, 2008 date and that all parties have authorized Preciliano Martinez to sign this stipulation on their behalf.

Dated: 07/23/08                              /s/ Preciliano Martinez            .
                                             Attorney for Defendant,
                                             JAMES HORN

Dated: 07/23/08                              /s/ Katherine Servatius            .
                                             Katherine Servatius, AUSA
                                             Atorney for Plaintiff

Dated: 07/23/08                              /s/ Katerina M. Holland            .
                                             Katerina M. Holland
                                             United States Probation Officer

## **ORDER**

Good cause exists for the request.

IT IS SO ORDERED.

Dated:_July 23, 2008                         _/s/ Lawrence J. O'Neill_____
                                             United States District Judge

2